UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alexander Otis Matthews

   v.                                Case No. 17-cv-108-SM

FCK Berlin, Warden

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 26, 2018, for the reasons set forth therein. Mr. Matthews' § 2241 Petition is hereby dismissed (document no. 1). The Clerk of Court shall entered judgment in accordance with this order and close the case.

                                                        Steven J. McAuliffe
                                                        United States Magistrate Judge

Date: March 6, 2018

cc: Alexander Otis Matthews, pro se
    Seth R. Aframe, AUSA